# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LUIS ANTONIO ORTIZ-MENJIVAR,

    Defendant.

Case No. 2:17-cr-00311-JCM-GWF

**ORDER**

This matter is before the Court on Defendant's Motion to Withdraw Request for New Counsel (ECF No. 28), filed on January 26, 2018. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant's Motion to Withdraw Request for New Counsel (ECF No. 28) is **granted**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Counsel (ECF No. 25) is hereby **WITHDRAWN**.

**IT IS FURTHER ORDERED** that the hearing scheduled for January 23, 2018 is hereby **VACATED**.

DATED this 29th day of January, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge