UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00311-JCM-GWF-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| LUIS ANTONIO ORTIZ-MENJIVAR, | |
| Defendant. | |

On April 6, 2018, the court granted counsel's Emergency Ex-Parte Motion to Withdraw As Counsel for Defendant (ECF No. 31) and defendant's Motion to Dismiss Counsel (ECF No. 36), as stated on the record. Accordingly,

**IT IS HEREBY ORDERED** that Osvaldo E. Fumo, is APPOINTED as counsel for LUIS ANTONIO ORTIZ-MENJIVAR in place of the Federal Public Defender's Office for all future proceedings.

The Federal Public Defender's office shall forward the file to Mr. Fumo forthwith.

Dated this 6th day of April, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1